```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone:  (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | MAG No. 2:09-mj-196 KJM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER (AMENDED) |
| | ) | WAIVING PRELIMINARY HEARING FOR |
| ALEX ZAVALA-TAPIA, et al., | ) | DEFENDANT ALEX ZAVALA-TAPIA |
| | ) | |
| Defendants. | ) | Court: Hon. Kimberly J. Mueller |
| | ) | Date:  July 2, 2009 |
| | ) | Time:  2:00 p.m. |

It is hereby stipulated by and between plaintiff United States of America, on the one hand, and defendant Alex Zavala-Tapia, on the other hand, through their respective counsel that:

    1.   Defense counsel has advised Zavala-Tapia of his right under F.R. Crim.P. 5.1 to a timely preliminary examination, and Zavala-Tapia voluntarily, knowingly, and intelligently waives that right;

    2.   The July 2, 2009, at 2:00 p.m., hearing set for Zavala-Tapia's preliminary hearing shall be vacated; and

///

///

3.  Zavala-Tapia's arraignment on an Indictment, if any, shall be held on July 17, 2009, at 2:00 p.m.

Dated:  July 1, 2009                LAWRENCE G. BROWN
                                    Acting United States Attorney

                                    /s/  Samuel Wong
                               By:  _____
                                    SAMUEL WONG
                                    Assistant U.S. Attorney


                                    /s/ Ben D. Galloway
Dated:  July 1, 2009                _____
                                    BEN D. GALLOWAY
                                    Assistant Federal Defender
                                    Attorney for defendant
                                    Alex Zavala-Tapia
                                    (per telephone authorization)


_____


ORDER


   Pursuant to amended stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as the Court's order.

Dated: July 2, 2009.

                                    _____
                                    U.S. MAGISTRATE JUDGE